IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| RODOLFO FRANZ, | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | C.A. No. M-13-CV-385 |
| | § | |
| GUILLERMO RAMIREZ and | § | |
| GUSTAVO SANCHEZ, | § | |
|     Defendants | § | |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS GUILLERMO RAMRIEZ and GUSTAVO SANCHEZ AND ADVISORY TO THE COURT**

**********************************************************************

MAY IT PLEASE THE COURT:

    NOW COMES  undersigned defense counsel, ROBERT L. DRINKARD, and hereby enters an appearance in this cause on behalf of DEFENDANTS GUILLERMO RAMIREZ and GUSTAVO SANCHEZ, (hereafter collectively "DEFENDANTS").

    Attorney RICARDO J. NAVARRO is still attorney of record and lead counsel for DEFENDANTS for all purposes in this litigation.

CONCLUSION

    Therefore, undersigned counsel ROBERT L. DRINKARD hereby enters this appearance in the case on behalf of the DEFENDANTS, as more specifically identified above, for the purpose of receiving any and all notices, orders, and settings from the Court.

    SIGNED on the 5TH day of SEPTEMBER, 2013.

    Respectfully submitted,

    **DENTON, NAVARRO, ROCHA & BERNAL**
    **A Professional Corporation**
    701 E. Harrison, Ste. 100
    Harlingen, Texas 78550
    956/421-4904
    956/421-3621 (fax)

By:  *Ricardo J. Navarro*
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
Fed I.D. No. 5953

*Robert L. Drinkard*
ROBERT L. DRINKARD
Associate Attorney
State Bar No.   24007128
Fed I.D. No. 29288

**COUNSEL FOR DEFENDANTS**


### CERTIFICATE OF SERVICE

I certify that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process contained in the Federal Rules of Civil Procedure on the persons or parties identified below on the on this the 5TH day of SEPTEMBER, 2013.

Fabian Guerrero
LAW OFFICE OF FABIAN GUERRERO
604 East 6th Street
Weslaco, Texas 78596
**COUNSEL FOR PLAINTIFF**

Ivan Perez
JONES, GALLIGAN, KEY & LOZANO
P.O. Drawer 1427
Weslaco, Texas 78599-1247
**CO-COUNSEL FOR DEFENDANTS**


By:  *Robert L. Drinkard*
RICARDO J. NAVARRO
ROBERT L. DRINKARD