IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| RODOLFO FRANZ,          § | |
|     Plaintiff          § | |
| § | |
| VS.          § | C.A. No. M-13-CV-385 |
| § | |
| GUILLERMO RAMIREZ and          § | |
| GUSTAVO SANCHEZ,          § | |
|     Defendants          § | |

**DEFENDANTS' GUILLERMO RAMIREZ and GUSTAVO SANCHEZ
CERTIFICATE OF INTERESTED PARTIES & COUNSEL**
_____

    NOW COME, DEFENDANTS, GUILLERMO RAMIREZ and GUSTAVO SANCHEZ hereafter ("DEFENDANTS"), and file this Certificate of Interested Parties as follows:

**PLAINTIFF:**

    Rodolfo Franz

    Mr. Fabian Guerrero
    Law Office of Fabian Guerrero
    604 East 6th Street
    Weslaco, Texas 78596
    (956) 969-9999
    (956) 969-9997 (fax)
    **COUNSEL FOR PLAINTIFF**

**DEFENDANTS:**

    Guillermo Ramirez
    c/o City of Hidalgo
    704 E. Texano
    Hidalgo, Texas 78557

    Gustavo Sanchez
    c/o City of Hidalgo
    704 E. Texano
    Hidalgo, Texas 78557

Ricardo J. Navarro
Attorney In Charge
State Bar No. 14829100
So. District ID No.5953
Robert L. Drinkard
State Bar No. 24007128
So. District ID No. 1998
**DENTON, NAVARRO, ROCHA AND BERNAL**
A Professional Corporation
701 E. Harrison Ste 100
Harlingen, Texas 78550

**COUNSEL FOR DEFENDANTS
 GUILLERMO RAMIREZ and GUSTAVO SANCHEZ**

**FINANCIALLY INTERESTED PARTY:**

Texas Municipal League – Intergovernmental Risk Pool
1821 Rutherford Lane, Ste 400
Austin, Texas 78754
(512) 491-2300
**INTERGOVERNMENTAL RISK POOL FOR THE
 CITY OF HIDALGO, TEXAS**

SIGNED on this 27TH day of SEPTEMBER, 2013.

        Respectfully Submitted,

By: *Ricardo J. Navarro*
   RICARDO J. NAVARRO
   Attorney In Charge
   State Bar No. 14829100
   So. Dist Id No. 5953

By: *Robert L. Drinkard*
   ROBERT L. DRINKARD
   State Bar No. 24007128
   So. Dist Id No. 1998

**DENTON, NAVARRO, ROCHA & BERNAL**
A Professional Corporation
701 E. Harrison Ste 100
Harlingen, Texas 78550
956/421-4904
956/421-3621

**COUNSEL FOR DEFENDANTS
GUILLERMO RAMIREZ and
GUSTAVO SANCHEZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document has been served upon the persons or parties identified below in accordance with one or more of the recognized methods of service under the Federal Rules of Civil Procedure and the Local Rules of this Court on this the 27TH day of SEPTEMBER, 2013.

Mr. Fabian Guerrero
Law Office of Fabian Guerrero
604 East 6th Street
Weslaco, Texas 78596
**COUNSEL FOR PLAINTIFF**

By: *Robert L. Drinkard*
RICARDO J. NAVARRO
ROBERT L. DRINKARD