IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RODOLFO FRANZ | § | |
| | § | |
| v.s. | § | CIVIL ACTION NO. M-13-CV-385 |
| | § | |
| GUILLERMO RAMIREZ and | § | |
| GUSTAVO SANCHEZ | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND COUNSEL**

NOW COMES RODOLFO FRANZ hearafter ("Plaintiff"', and files this Certificate of Interested Parties:

1. Rodolfo Franz, Plaintiff

2. FABIAN GUERRERO, Attorney for Plaintiff

3. Guillermo Ramirez, Defendant

4. Gustavo Sanchez, Defendant

5. Richard J. Navarro, Attorney for Defendant

6. Robert L. Drinkard, Attorney fro Defendant

7. Texas Municipal League - Intergovernmental Risk Pool

            Respectfully Submitted

            _____/s/_____
            Fabian Guerrero
            State Bar No. 00795397
            Federal I.D. No. 19988
            Law Office of Fabian Guerrero
            604 East 6th Street
            Weslaco, TX. 78596
            Telephone (956) 969-9999
            Facsimile (956) 969-9997

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing was delivered automatically through the Notice of Electronic Filing upon all parties of record on September 30, 2013.

                                            /s/  Fabian Guerrero