UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RODOLFO FRANZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:13-CV-385 |
| | § | |
| GUILLERMO RAMIREZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE

The Initial Pretrial Conference (previously set for October 9, 2013) is hereby reset for November 6, 2013, at 9:30 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

SO ORDERED this 8th day of October, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge