UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RODOLFO FRANZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:13-CV-385 |
| | § | |
| GUILLERMO RAMIREZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Upon consideration of Defendants' Motion to Dismiss (Dkt. No. 7), which is considered unopposed due to Plaintiff's failure to respond to the Motion within the time period[s] prescribed by Local Rules 7.3 and 7.4, the Court hereby **ORDERS** that the Motion is **GRANTED** and this action is **DISMISSED** with prejudice.

SO ORDERED this 12th day of November, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge